**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 9/14/07

FILED
SEP 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: United States District Court
2609 James A. Bryne U.S. Courthouse
601 Market Street
Philadelphia, PA. 19106-1729

RE: 07-445M MARK HARRIS

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Indictment |   | Order of Removal |
|   | Minute Order Appointing Counsel |   | Detention Order |
|   | Corporate Surety Bond | X | Waiver of Removal |
|   | Personal Surety Bond |   |   |
| X | Other- Blotter dated 9/13/07 |   |   |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk